**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **PATSY F. KNIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:05cv0797** |
| | ) | |
| **UNITED STATES COLD STORAGE, INC.,** | ) | **Judge Thomas A. Wiseman, Jr.** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Defendant United States Cold Storage, Inc.'s Motion for Summary Judgment (Doc. No. 19). The motion has been fully briefed and is ripe for consideration.

The Court finds that there are no material issues of disputed fact and Defendant is entitled to summary judgment in its favor. Accordingly, for the reasons explained more fully in the accompanying Memorandum Opinion, Defendant's motion is hereby **GRANTED** and Plaintiff's complaint is hereby **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge